1  SAO
   DEREK K. MUAINA, ESQ.
2  Nevada Bar No. 012456
3  HENNESS & HAIGHT, INJURY ATTORNEYS
   8972 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   (702) 862-8200 Telephone
5  (702) 862-8204 Facsimile
6  derek@hennessandhaight.com
   *Attorney for Plaintiff*

7              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9  DIANE MIHALKO, individually

10              Plaintiff,                    Case No.: 2:14-cv-00777-JAD-NJK

11  vs.

12  GEICO CASUALTY COMPANY, an entity         **STIPULATION AND ORDER TO**
13  licensed to do business in Nevada; GEICO  **DISMISS WITH PREJUDICE**
    GENERAL INSURANCE COMPANY, an
14  entity licensed to do business in Nevada; GEICO
    INDEMNITY COMPANY, an entity licensed to
15  do business in Nevada, DOES I through X; and
16  ROE CORPORATIONS, XI through XX,
    inclusive,
17              Defendants.

18      IT IS HEREBY STIPULATED by and between Plaintiff, DIANE MIHALKO by and
19  through her attorney of record, DEREK K. MUAINA, ESQ. of the law firm of HENNESS &
20  HAIGHT, and Defendant, GEICO GENERAL INSURANCE COMPANY, by and through its
21  attorney of record, THOMAS E. WINNER, ESQ. of ATKIN WINNER & SHERROD, and hereby
22  stipulate that the parties have entered into a Binding Arbitration and therefore stipulate to dismiss all
23  claims that have been brought and/or could have been brought in the above entitled litigation with
24  prejudice.

25
26
27
28
                                    Page 1

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED that no trial date has been scheduled in the above referenced matter.

Dated this 26 day of May, 2015.              Dated this 19 day of May, 2015.

HENNESS & HAIGHT                              ATKIN WINNER & SHERROD

_____                   _____
DEREK K. MUAINA, ESQ.                         THOMAS E. WINNER, ESQ.
Nevada Bar No. 012456                         Nevada Bar No. 5168
8972 Spanish Ridge Avenue                     1117 South Rancho Drive
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89102
*Attorney for Plaintiff*                      *Attorney for Defendant*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: May 26, 2015.

_____
UNITED STATES DISTRICT JUDGE